# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH DAYTON,<br><br>          Plaintiff,<br><br>   vs.<br><br>MODESTO IRRIGATION DIST.,<br><br>          Defendant.<br>_____/ | CASE NO. CV-F-06-1076 LJO<br>**(New case number)**<br><br>**ORDER TO SIGN AND RETURN**<br>**MAGISTRATE JUDGE CONSENT FORM** |

      The parties' counsel indicated they consent to the conduct of all further proceedings, including trial, before a United States Magistrate Judge. Accordingly, this Court ORDERS the parties' counsel to obtain a Consent to Exercise of Jurisdiction by a United States Magistrate Judge ("consent form"), which is available from this Court's webpage at http://207.41.18.73/caed/staticOther/page_947.htm. This Court further ORDERS the parties' counsel, no later than January 2, 2007, to sign and date the consent form and then file the consent form with this Court. Plaintiff has already filed a consent form with the Court.

      **All further papers shall bear the new case number CV F 06-1076 LJO.**

IT IS SO ORDERED.

**Dated:   December 12, 2006**              **/s/ Lawrence J. O'Neill**
b9ed48                                         UNITED STATES MAGISTRATE JUDGE