Michael G. Woods, # 058683-0
Deborah A. Byron, #105327
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:   (559) 433-1300
Facsimile:    (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendant
MODESTO IRRIGATION DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| KENNETH DAYTON,<br><br>            Plaintiff,<br><br>v.<br><br>MODESTO IRRIGATION DISTRICT;<br>BILL STOCKMAN, individually; and<br>DOES 1-100, inclusive,<br><br>            Defendants. | Case No.  1:06-CV-01076-LJO DLB<br><br>**APPLICATION FOR LEAVE TO EXCEED PAGE LIMIT FOR POINTS AND AUTHORITIES IN REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION AND ORDER THEREON**<br><br>**DATE:**             November 7, 2007<br>**TIME:**             8:30 a.m.<br>**COURTROOM:**   No. 4<br><br>**Trial Date:**        January 8, 2007 |

**APPLICATION**

I, Deborah Byron, do hereby declare and state:

      1.      I am a member of the law firm of McCormick, Barstow, Sheppard, Wayte & Carruth, LLP, counsel of record herein for Defendant Modesto Irrigation District, and am duly licensed to practice law before all Courts in the State of California and before this Court.

      2.      This application is made for leave to file a reply brief not exceeding 15 pages on the grounds that Plaintiffs' Opposition to Defendants' Motion is 26 pages in length, and introduces multiple generalized statements of fact without citation to the evidence which will

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA  93720-1501

APPLICATION FOR LEAVE TO EXCEED PAGE LIMIT FOR POINTS AND AUTHORITIES IN REPLY TO
OPPOSITION TO MOTION FOR SUMMARY JUDGMENT, ETC. AND ORDER THEREON

require that Defendant devote increased space and time to adequately address Plaintiff's arguments with references to the record.

3. I am mindful of this Court's Standing Order limiting reply pleadings in summary judgment motions to 10 pages. However, in this action, it would not be possible to present a meaningful reply in 10 pages. Moreover, Plaintiff violated this Court's Standing Order by filing a brief in excess of page limits without leave of court.

4. Defendant requests permission from this Court to Reply to Plaintiff's opposition to the summary judgment motion not to exceed 15 pages (excluding face page and tables).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed on October 24, 2007, at Fresno, California.

By: ___/s/ Deborah A. Byron_____
      Deborah A. Byron

### **ORDER**

Upon *ex parte* application submitted by Defendant Modesto Irrigation District, and good cause appearing, leave is hereby granted in favor of Defendant to file its Reply brief to Plaintiff's Opposition to Motion for Summary Judgment and/or Summary Adjudication, not to exceed 15 pages in length (excluding face page and tables). The brief will be succinct and not unnecessarily repetitive.

Dated: October 24, 2007.

__/s/ Lawrence J. O'Neill_____
The Honorable Lawrence J. O'Neill
United States District Court Judge

57735/00003-1152796.v1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2

APPLICATION FOR LEAVE TO EXCEED PAGE LIMIT FOR POINTS AND AUTHORITIES IN REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT, ETC. AND ORDER THEREON