| | |
|---|---|
| 1 | William D. McHugh, Bar No. 62085 |
| | Cammie W. Chen, Bar No. 127378 |
| 2 | LAW OFFICES OF McHUGH & CHEN |
| | 75 East Santa Clara Street, Suite 1400 |
| 3 | San Jose, CA 95113 |
| | Telephone: 408/286-2700 |
| 4 | Facsimile:  408/282-7088 |

Attorneys for Plaintiff
KENNETH DAYTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH DAYTON | No.  1:06-CV-01076-LJO DLB |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S APPLICATION FOR LEAVE TO FILE (1) SUR-REPLY BRIEF; (2) OBJECTIONS TO DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S STATEMENT OF UNDISPUTED MATERIAL FACTS; (3) OBJECTIONS TO DEFENDANT'S REPLY TO PLAINTIFF'S STATEMENT OF GENUINE MATERIAL FACTS; (4) REPLY TO DEFENDANT'S OBJECTIONS TO EVIDENCE OFFERED BY PLAINTIFF IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION; (5) SUPPLEMENTAL DECLARATIONS OF CAMMIE CHEN; LARRY PREVETTE; BILLY HAMMONS; (6) FURTHER AUTHENTICATED EXHIBITS PREVIOUSLY SUBMITTED IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT/ADJUDICATION** |
| vs. | |
| MODESTO IRRIGATION DISTRICT; BILL STOCKMAN, individually | |
| Defendants. | |
| | Date:          November 7, 2007 |
| | Time:         8:30 a.m. |
| | Courtroom:  No. 4 |

///

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Upon ex parte application submitted by Plaintiff Kenneth Dayton, and good cause |
| 3 | appearing, leave is hereby granted in favor of Plaintiff to file by November 5, 2007, the |
| 4 | following documents: |
| 5 | (1)   Sur-reply Brief; (2) Objections to Defendant's Reply to Plaintiff's Opposition to |
| 6 | Defendant's Statement of Undisputed Material Facts; (3) Objections to Defendant's Reply |
| 7 | to Plaintiff's Statement of Genuine Material Facts; (4) Reply to Defendant's Objections to |
| 8 | Evidence Offered by Plaintiff in Opposition to Motion for Summary Judgment And/or |
| 9 | Summary Adjudication; (5) Supplemental Declarations of Cammie Chen; Larry Prevette; |
| 10 | Billy Hammons; (6) Further Authenticated Exhibits Previously Submitted in Support of |
| 11 | Opposition to Motion for Summary Judgment/Adjudication. |
| 12 | **Note:** |
| 13 | Sur-reply Brief - limited to 7 pages |
| 28 | IT IS SO ORDERED. |

1  **Dated:    November 5, 2007**            /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28