IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH DAYTON,<br><br>　　　　　　　Plaintiff,<br>　　vs.<br>MODESTO IRRIGATION DIST.,<br><br>　　　　　　　Defendant.<br>_____/ | CASE NO. CV-F-06-1076 LJO DLB<br><br>**REQUEST FOR FURTHER BRIEFING** |

Pending before this Court is defendant's motion for summary judgment or in the alternative partial summary judgment. The Court requests further briefing on the issue of whether the Sixth Claim - Breach of Covenant of Good Faith and Fair Dealing - is preempted by §301 of the Labor Management Relations Act, 29 U.S.C. §185.

The parties shall file briefs no later than November 13, 2007. The briefs shall be limited in length to no more than five pages.

IT IS SO ORDERED.

**Dated:   November 6, 2007**                    **/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1