Michael G. Woods, # 058683-0
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:  (559) 433-1300
Facsimile:  (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendant
MODESTO IRRIGATION DISTRICT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT

| | |
|---|---|
| KENNETH DAYTON,<br><br>    Plaintiff,<br><br>v.<br><br>MODESTO IRRIGATION DISTRICT,<br><br>    Defendant. | Case No.  1:06-CV-1076 OWW DLB<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON** |

IT IS HEREBY STIPULATED by and between Plaintiff KENNETH DAYTON and Defendant MODESTO IRRIGATION DISTRICT, that the Complaint filed herein shall be dismissed with prejudice.  The respective parties shall each bear their own costs and attorneys' fees.

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: December 28, 2007 | McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP |
| | By:  /s/ Michael G. Woods<br>Michael G. Woods<br>Attorneys for Defendant<br>MODESTO IRRIGATION DISTRICT |
| Dated: December 20, 2007 | LAW OFFICE OF McHUGH AND CHEN |
| | By:  /s/ William McHugh<br>William McHugh<br>Attorneys for Plaintiff<br>KENNETH DAYTON |

## **ORDER**

Based on the Stipulation of the parties hereto and good cause appearing therefor,

IT IS ORDERED that the Complaint of Plaintiff KENNETH DAYTON is dismissed with prejudice. The respective parties shall each bear their own costs and attorneys' fees.

Dated: January 2, 2008              /s/ OLIVER W. WANGER
                                    OLIVER W. WANGER
                                    JUDGE OF THE U. S. DISTRICT COURT

57735/00003-1172071.v1

PDF created with pdfFactory trial version www.pdffactory.com